**FILED**

**11/09/2023**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. UNDERLINE NEATLY print in ink (or type) your answers.]*

3:23-cv-00196-MPB-CSW

**Larry E. Hill**

*[You are the PLAINTIFF, print your full name on this line.]*

Case No. **49-G04-0801-PC-01627**

*[For a new case in this court, leave blank. The court will assign a case number.]*

v. **Terry L. Bryant**,

*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* Terry L. Bryant | 302 W. Washington St. Indpis, In 46204 |
| 2 | *[Put the names of any other defendants in these boxes.]* Attorney Generals office | 302 W. Washington St. Indpis, In 46204 |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? **2**   Branchville, IN 47514-9042

2. What is the name and address of your prison or jail? **Branchville correctionall facility Indiana Department of Correction 2390 old state RD 37**

3. Did the event you are suing about happen there? ○ Yes.   ● No, it happened at: _____

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

4. On what date did this event occur? 6/21/2015

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I got locked up with out a violation was sent to CCA I received a tort clam filled it out sent it to the attorney Generals office to let them no I was being held with out any charges I got a ups certified copy and sent it as well they could of stoped the madness I got sent to prison when I got out I mad sure I sent all my paper work to the Attorne Generals office Judge complaint tort claim notice of intent not to procecute abstract of judgement every piece of paper work showing I was sent to prison with out a charge I went to the farm penetitary and That's when terry L.Bryant

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

special investigator received

Claims and Facts (continued)

my paper work and denied
my claim with all the evidence
that showed my inocence.
I called the attorney General
office and payed for a 7 day
counsoul they playing with
my money just like they
played with my paper work
I'm smart enough to know
they are unprofesional
please shut they office down
and let me get Justice
Pay me my money I'm
sueing them. please clean
the city of indpls, In UP
people could possible start
loosing their life under
their supervision Judges
police Attorney Generals.

5. When did this event happen?

○ Before I was confined.

○ While I was confined awaiting trial.

○ After I was convicted while confined serving the sentence.

● Other: _____

6. Have you ever sued anyone for this exact same event?

● No.

○ Yes, attached is a copy of the final judgment <u>OR</u> an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event? ● No, this event is not grievable at this prison or jail.

○ Yes, I filed a grievance and attached is a copy of the response from the final step.

○ Yes, this event was grievable, but I did not file a grievance because _____

_____

_____

_____

8. If you win this case, what do you want the court to order the defendant(s) to do?

[*NOTE: A case filed on this form will not overturn your conviction or change your release date.*]

Pay for pAin an suffering

crivel an usual punnishement

false Arrest fAlse imprisonment

[*Initial Each Statement*]

L.H I will pre-pay the filing fee <u>OR</u> file a prisoner motion to proceed in forma pauperis.

L.H I will keep a copy of this complaint for my records.

L.H I will promptly notify the court of any change of address.

L.H I <u>WILL NOT</u> send more than one copy of any filing to the court.

L.H I <u>WILL NOT</u> send summons, USM-285, or waiver forms to the clerk.

L.H I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on 11 / 1 /20 23 at 11 800 am/pm.

[*Do not fill in this date and time until you give the complaint to prison officials to send to the court.*]

_Larry Hill_____          9983520_____
Signature                                                                Prisoner Number
240 (Rev. 7/10) (INND Rev. 8/16)

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]