UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LARRY E. HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00196-MPB-CSW |
| | ) |
| TERRY L. BRYANT, et al., | ) |
| | ) |
| Defendants. | ) |

FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. This action is dismissed.

Dated: January 17, 2024

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

LARRY E. HILL
998356
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
21390 Old State Road 37
BRANCHVILLE, IN 47514